CASE, ADMR., ET AL., APPELLEES, *v.* NORFOLK AND WESTERN RAILWAY COMPANY, APPELLANT; ROBINSON, ADMR., APPELLEE.

[Cite as *Case v. Norfolk & W. Ry. Co.* (1994), 69 Ohio St.3d 265.]

(No. 91–2476—Submitted December 7, 1993—Decided May 11, 1994.)

*Klineman, Rose, Wolf & Wallack, Jeffrey R. Gaither* and *John L. Stewart; Rodney M. Arthur Co., L.P.A.,* and *Joseph W. O'Neil,* for appellees Mildred G. Case, administrator of the estate of Melanie D. Hay, and Jessie L. Case, administrator of the estates of Timothy R. and Chad A. Keller.

*Robison, Curphey & O'Connell, Jack Zouhary* and *Jean Ann S. Sieler,* for appellant.

*Gregory L. Arnold; Winchester & Associates* and *Mark A. Robinson,* for appellee Mark A. Robinson, administrator of the estate of Kathy Ann Keller.

*Lee Fisher,* Attorney General, and *Nancy J. Miller,* Deputy Chief Counsel, urging affirmance for *amicus curiae,* state of Ohio.

*Haralson, Kinerk & Morey, P.C., Dale Haralson* and *Adam Levine; Arthur H. Bryant* and *Priscilla Budeiri,* urging affirmance for *amicus curiae,* Trial Lawyers for Public Justice, P.C.

*Schulman, Mestel & Burick Co., L.P.A., Allen Schulman, Jr., Paul O. Scott, Michael F. Colley, Robert Gibbon* and *Thomas Murray,* urging affirmance for

*amici curiae,* Ohio Academy of Trial Lawyers and Association of Trial Lawyers of America.

The appeal is dismissed for want of a final appealable order.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

Prior to his death while sitting for RESNICK, J., JOHN F. CORRIGAN, J., of the Eighth Appellate District, participated in the decision of this cause.